| | | |
|---|---|---|
| 1. | 12/26/68 | Filed motion of plaintiff Regensteiner Publishing Enterprises, Inc. and Chicago Book Manufacturing, Inc., to consolidate in Ill., N. pretrial proceedings. |
| 2. | 1/8/68 | Filed letter/motion of certain New Jersey plaintiffs for extension of time to reply to motion to transfer. |
| ~~3~~ | 1/10/69 | Filed extension of time to January 15, 1969. |
| ~~4~~ | 1/13/69 | Filed extension of time to January 22, 1969 |
| 5 | 1/13/69 | Filed letter/ motion of plaintiff Haddon Craftsmen, Inc. for extension of time to response to motion to transfer. |
| 6 | 1/22/69 | Filed objections of plaintiff Haddon Craftsmen, Inc., (Pa., M., No. 68-396) to motion to transfer. |
| 7 | 1/23/69 | Filed objections of certain New Jersey plaintiffs to motion to transfer. |
| 8 | 1/24/69 | Filed response of Kingsport Press, Inc. to motion to transfer. Feels Ill., N. not most convenient location for transfer. |
| | 2/12/69 | Filed HEARING ORDER for Feb. 28, 1969 in Washington, D. C. |
| 9 | 2/26/69 | Filed objections of Postmaster General and local postmasters to motion to consolider for pretrial proceedings. |
| | 4/3/69 | Filed CONSENT OF TRANSFEREE COURT signed by Chief Judge Anthony T. Augelli to transfer of litigatiom to the District of New Jersey and assiging to Chief Judge Augelli for consolidated pretrail proceedings. |
| | 4/3/69 | Filed OPINION AND ORDER (authored by J. Weigel) transferring 8 cases from 6 different districts to the District of New Jersey and assigning them to C.J. Anthony T. Augelli for coordinated or consolidated pretrial proceedings. |
| • | 4/21/69 | Filed CONDITIONAL TRANSFER ORDER in C.A. 69 Civ 304, <u>Outlet Book Co., Inc., et al. v. Winton Blount, et al.</u> |
| • | 4/21/69 | Filed CONDITIONAL TRANSFER ORDER in C.A. CIV-69-33, <u>National Book Company of Scranton v. Winton M. Blount, et al.</u> |
| | 5/2/69 | CONDITIONAL TRANSFER ORDER in C.A. No. 69 Civ. 304, <u>Outlet Book Co.</u> (N.Y., S.) became effective today. Notified transferee clerk. |
| | 5/2/69 | CONDITIONAL TRANSFER ORDER in C.A. No. CIV-69-33, <u>Nat'l Book Co. of Scranton</u> (Pa., M.) became effective today. Notified transferee clerk. |

OPINION AND ORDER ENTERED 4/3/69 CITED AT 298 F. Supp. 1326 (1969)

# DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

*Augelli - 4/3/69*

DOCKET NO. 16 -- MULTIDISTRICT LITIGATION INVOLVING FOURTH CLASS POSTAGE REGULATIONS

*All Dismissed*

A-1 thru A-17 transferred April 3, 1969

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-1 | American Book-Stratford Press, Inc. v. W. Marvin Watson, et al. | 9/18/8 | New Jersey | Augelli | 941-68 |
| A-2 | Montville Warehousing Co., Inc., etc. v. W. Marvin Watson, et al. | 10/25/8 | " | " | 1120-68 |
| A-3 | J. F. Tapley Co., et al. v. W. Marvin Watson, et al. *dismissed 4/3/70* | 10/22/8 | " | " | 1099-68 |
| A-4 | Economy Bookbinding Corp. v. W. Marvin Watson, et al. | 10/22/8 | " | " | 1014-68 |
| A-5 | American Book Publishers Council, Inc. et al. v. W. Marvin Watson, et al. | | " | | 1194-68 |
| A-6 | The MacMillan Company v. W. Marvin Watson, et al. | | " | | 1401-68 |
| A-7 | Scholastic Magazines, Inc. v. W. Marvin Watson, et al. | | " | | 1407-68 |
| A-8 | Wayne Warehousing Corp. v. W. Marvin Watson, et al. | | " | | 1358-68 |
| A-9 | American Bible Society v. W. Marvin Watson, et al. | | " | | 46-69 |
| A-10 | Haddon Craftsmen, Inc. v. W. Marvin Watson, et al. | 3/29/72 | Penn., M. | | CIV 68-396  470-69 |
| A-11 | Harper & Row Publishers, Inc. v. Winton Blount, et al. | | " | Nealon | 69-24 CIV. |
| A-12 | Kingsport Press, Inc. v. W. Marvin Watson, et al. | 10/1/8 | Tenn., E. | 411-67 | Civ. 2282 |
| A-13 | The Colonial Press, Inc. v. W. Marvin Watson, et al. | 10/11/8 | Mass. | 474-67 | 68-915-J |
| A-14 | Cuneo Press of New England, Inc. v. W. Marvin Watson, et al. | " | " | 462-69 | 68-914-J |
| A-15 | Regensteiner Publishing Enterprises, Inc., et al. v. W. Marvin Watson, et al. | | Ill., N. | 4/15/9 | 68 C 1945 |

**DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

DOCKET NO. 16 -- MULTIDISTRICT LITIGATION INVOLVING FOURTH CLASS POSTAGE REGULATIONS

| No. | Caption | Date | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-16 | American Book Co. v. Winton M. Blount, et al. *dismissed 12/14/70* Transfer | 4/3/69 | Ky., E. | | Civ. 1414 |
| A-17 | Mercedes Book Distributors Corp. v. Winton M. Blount, et al. *dismissed 2/24/70* | 4/3/69 | N.Y., E. | 580-69 | 69 Civ. 82 |
| B-1 | Associated Book Service, Inc. v. W. Marvin Watson, et al. | NTN | New Jersey | | 1332-68 |
| B-2 | Prentice Hall, Inc. v. Winton Blount, et al. *dismissed 3/9/72* | NTN | " | | 102-69 |
| B-3 | National Book Co. of Scranton v. Winton Blount, et al. *dismissed 3/29/72* | 5/2/69 | Pa., M. | | 69-33 55-69 |
| B-4 | Outlet Book Co., Inc. v. Winton M. Blount, et al. *dismissed 3/4/72* | 7/2/69 | N.Y., S. 583-69 | 5/12/9 | 69 C 304 |
| XYZ | Book-Of-The-Month Club, Inc. v. Marvin Watson, Jr., et al. | | Pa., M. | | CIV 68-404 |
| XYZ | CBS Direct Marketing Services, etc. v. W. Marvin Watson, Jr., et al. | | N.Y., E. | | 68C 998 |
| XYZ | Doubleday & Co., Inc. v. W. Marvin Watson, et al. | | N.Y., E. | | 68 C 982 |
| XYZ | Holt, Rinehart & Winston, Inc. v. W. Marvin Watson, et al. | | N.Y., S. | | 68 C 3906 |

ATTORNEY LIST   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 16 - MULTIDISTRICT LITIGATION INVOLVING FOURTH CLASS POSTAGE REGULATIONS

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Krieger, Chodash & Politan, 921 Bergen Ave., Jersey City   07306 | U̶x̶S̶x̶x̶A̶t̶t̶o̶r̶n̶e̶y̶x̶x̶N̶e̶w̶a̶r̶k̶<br>David M. Satz, Jr., Esquire<br>U.S. Attorney, Newark, N.J. |
| A-2 | | |
| A-3 | | |
| A-4 | Thomas E. Durkin, Jr., Esquire, 24 Branford Place, Newark | |

| No. | *Cody Brooks, Esq* Plaintiff | Defendant |
|---|---|---|
| A-10 | Warren, Hill, Henkelman & McMenamin, Scranton Electric Building, Scranton, Pa. | Bernard J. Brown, Esquire, United States Attorney, Scranton, Pennsylvania |
| A-11 | Nogi, O'Malley and Harris, Miller Bldg., Scranton, Pa. | Same as above |
| A-12 | Joe W. Worley, Esquire, Wilson, Worley, Gamble & Dodson, 230 Commerce St., Kingsport, Tennessee 37660<br><br>Neale F. Hooley, Esquire, Shea, Gallop, Climenko & Gould, 330 Madison Ave., New York 10017 | J. H. Reddy, Esquire, United States Attorney, 201 Federal Building Knoxville, Tennessee |
| A-13 | Charles Donelan, Esquire, Bowditch, Gowetz & Lane, 340 Main Street, Worcester, Mass. | Paul F. Markham, Esquire, U.S. Attorney, Stanislaw R. J. Suchecki, Asst. U.S. Attorney, Federal Court, Boston, Mass. |
| A-14 | Warren F. Farr, Esquire, Ropes & Gray, 225 Franklin St., Boston, Mass. | Paul F. Markham & Stanislaw R. J. Suchecki |
| A-15 | Steven L. Bashwiner, Esq., Kirkland, Ellis, Hodson, Chaffetz & Masters, Prudential, Plaza, Chicago 60601 | Thomas J. Foran, Esq., U. S. Attorney, 219 South Dearborn, St., Chicago 60604 |
| A-16 | Galen J. White, Jr., Esquire, Bullitt, Dawson & Tarrant, 1700 Kentucky Home Life Bldg., Louisville, Ky. 40202 | George I. Cline, Esq., U.S. Attorney, Lexington, Ky. 40501 |
| A-17 | Climenko firm (Same as A-12 above)<br><br><br><br><br><br>Marshall C. Berger, Esq., Weil, Gotshal & Manges, 60 East 42nd St., New York, N.Y. 10017 | Joseph F. Poey, Esq., U.S. Attorney, Brooklyn, N.Y.<br><br><br><br><br><br>UNITED STATES GOVERNMENT<br>Robert N. Ford, Esquire<br>Department of Justice<br>Washington, D. C. |

*continued*

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 16 -- MULTIDISTRICT LITIGATION INVOLVING FOURTH CLASS POSTAGE REGULATIONS

| No. | Plaintiff | Defendant |
|---|---|---|
| B-1 B-2 | Krieger, Chodash & Politan<br>921 Bergen Avenue<br>Jersey City, N.J. | |
| B-3 | Nogi, O'Malley and Harris<br>Miller Building<br>Scranton, Pennsylvania | Bernard J. Brown<br>United States Attorney<br>Post Office Building<br>Scranton, Pennsylvania   18501 |
| B-4 | Harry Buchnan, Esq.<br>Stern & Reubens<br>551 Fifth Avenue<br>New York, New York   10017 | |